■ RICHARD HAAS et al., Constituting the Board of Trustees of the Incorporated Village of Lake Success, et al., Respondents, v. EUGENE H. NICKERSON et al., as the Nassau County Board of Supervisors, Appellants.— Order of the Supreme Court, Nassau County, dated June 29, 1966, affirmed, with one bill of $10 costs and disbursements to respondents. In our opinion, the County of Nassau may not acquire land by condemnation within a village except with the approval of the Village Board of Trustees (County Government Law of Nassau County, § 2103 [L. 1936, ch. 879, as amd.]; cf. *People* v. *Fisher*, 189 App. Div. 148, affd. 233 N. Y. 663; *Matter of Citizens' Water Works Co.* v. *Parry*, 128 N. Y. 669; *Society of N. Y. Hosp.* v. *Johnson*, 5 N Y 2d 102). Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of ESTHER K. ASHEROFF, Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment of the Supreme Court, Kings County, dated November 23, 1966, affirmed insofar as appealed from, without costs. No opinion. Appeal from judgment of said court dated July 15, 1966 dismissed, without costs. That judgment was necessarily superseded by the judgment of November 23, 1966, which granted reargument and adhered to the original determination. Ughetta, Acting P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.